JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTRAL SPRINKLER COMPANY; and DOES 1 – 30, inclusive,<br><br>    Defendants. | Case No.  SACV 09-1166 CJC (RNBx)<br><br>Judge:   Hon. Cormac J. Carney<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

NOW this 26th day of July, 2010, this Court, having before it the parties' Stipulation of Dismissal with Prejudice, and finding that all parties have agreed to dismiss the above-captioned action with prejudice; and finding that such dismissal is proper:

IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE, all pending hearing and deadlines are vacated, and each party to bear its own costs as previously agreed between them.

IT IS SO ORDERED.

DATED: July 26, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE